IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Salvador Montenegro, ) | No. CV 06-00190-PHX MHM (JM) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Joseph Arpaio, ) | |
| Defendant. ) | |

      Plaintiff, Salvador Montenegro, filed his Civil Rights Complaint on January 13, 2006. (Dkt. #1). The same day the Court issued its "Notice of Assignment" advising Plaintiff that he "must file a Notice of Change of Address if your address changes" and that failure to comply "will result in your document being STRUCK and/or your case being DISMISSED." (Dkt. #2). On April 21, 2006, the Court issued a screening order advising Plaintiff that "at all times during the pendency of this action, Plaintiff shall immediately advise the Court and the United States Marshal of any change of address and its effective date." (Dkt. #3). On April 26, 2006, Plaintiff's copy of the April 21, 2006 order was returned as undeliverable. (Dkt. #5).

      The Magistrate Judge filed her Report and Recommendation on May 30, 2006, recommending that Plaintiff's case be dismissed with prejudice for failure to comply with the Court's Order and failure to prosecute pursuant to Rule 41(b) Fed.R.Civ.P. (Dkt. #6). The Court notes that Plaintiff's copy of the Magistrate Judge's Report and Recommendation was

1 returned by the post-office with the notation of "Undeliverable." (Dkt. #7). In addition,
2 Plaintiff has not filed any objections. See United States v. Reyna-Tapia, 328 F.3d 1114,
3 1121 (9th Cir. 2003) (en banc) (stating that the district court must review the Magistrate
4 Judge's findings and recommendations de novo if objection is made but not otherwise.). The
5 Court finds itself in agreement with the Report and Recommendations of the Magistrate
6 Judge.

**Accordingly,**

**IT IS HEREBY ORDERED** the Court adopts the Report and Recommendation of the Magistrate Judge as the order of this Court. (Dkt. #6).

**IT IS FURTHER ORDERED** dismissing this case with prejudice for Plaintiff's failure to comply with the Court's order and failure to prosecute pursuant to Rule 41(b), Fed.R.Civ.P.

**IT IS FURTHER ORDERED** directing the clerk of the Court to enter judgment accordingly.

DATED this 11th day of September, 2006.

_____
Mary H. Murguia
United States District Judge